UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA



CARLOS B. BRANDT,

    Plaintiff,

vs.

CASE NO.: 07-20129
CIV-HUCK

MAGNIFICENT QUALITY FLORALS, CORP.,
a Florida corporation; and,
MOISES SANCHEZ, an individual;

    Defendants.
_____/

## NOTICE OF APPEARANCE

COMES NOW, undersigned counsel on behalf of Defendants MAGNIFICENT QUALITY FLORALS, CORP.; and, MOISES SANCHEZ, an individual; files this his Notice of Appearance, on behalf of said Defendants, and would request all interested parties copy him on all papers filed in this cause.

I certify a true and correct copy of the foregoing has been furnished by regular mail and facsimile to Leon Jamie H. Zidell, Esq., Attorney for Plaintiff, 300 71st St., #605, Miami Beach, FL 33141; (305) 865-6766; Fax No. (305) 865-7167; on this 12 day of February, 2007.

_____
Carl Palomino, Esq.
Carl Palomino, P.A.
Attorney for Counter-Plaintiffs/Defendants
F.B.N. 0976717
717 Ponce de Leon Blvd., Ste. 203
Coral Gables, FL 33134
(305) 774-9790; Fax No. (305) 774-9740