UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 07-20129-CIV-HUCK/SIMONTON

CARLOS B. BRANDT,
ORESTES LOPEZ,

    Plaintiffs,
vs.

MAGNIFICENT QUALITY FLORALS CORP.,
MOISES SANCHEZ

    Defendants.
_____/

## ORDER GRANTING PLAINTIFF'S MOTION TO STRIKE

THIS cause is before the Court upon "Plaintiffs' Motion to Dismiss Counterclaim and/or to Dismiss Counterclaim as Moot and Motion to Strike Defendant's Affirmative Defenses of Estoppel, Unlclean Hands, Laches and Waiver," filed March 12, 2007 (D.E. # 11). The Court has reviewed the motion and pertinent parts of the record and is duly advised in the premises. The Defendants have failed to respond to the Motion to Strike Affirmative Defenses. Accordingly, the Court assumes that Defendants do not contest the Motion to Strike. It is hereby

ORDERED AND ADJUDGED that, for the reasons stated in Plaintiff's motion, the Motion to Strike is GRANTED .

DONE AND ORDERED in Chambers, Miami, Florida, May 7, 2007.

_____
Paul C. Huck
United States District Court Judge

**Copies furnished to:**
All Counsel of Record