UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  07-20129-CIV-HUCK/SIMONTON
CONSENT CASE

CARLOS BRANDT and
ORESTES LOPEZ,

    Plaintiffs,

v.

MAGNIFICENT QUALITY FLORALS
CORP. and MOISES SANCHEZ,

    Defendants.
    _____/

### ORDER DENYING DEFENDANTS' MOTION FOR MORE DEFINITE STATEMENT

Presently pending before the Court is Defendants' Motion For More Definite Statement (DE # 56).  Plaintiffs have responded in opposition (DE # 59).  Defendants have not replied, and the last day to timely serve a reply was August 2, 2007.

Defendants move to require Plaintiffs to amend the Amended Complaint to provide a more definite statement.  Defendants claim that the Amended Complaint violates Fed.R..Civ.P. 10(b) by 1) containing multiple factual allegations in each of 3 separate paragraphs and 2) combines the claims of two plaintiffs, each with different damages into one count.  Defendants also contend that the prayer for damages fails to state the relevant time period for recovery (DE # 56).  Plaintiffs respond, *inter alia*, that the motion should be treated as a nullity because Defendants filed an Answer to the Amended Complaint before filing the instant motion (DE # 59).

On July 20, 2007, Defendants filed an Answer to the Amended Complaint (DE # 55).  Defendants then filed the instant motion (DE # 56).  Rule 12(e) specifically states that a party may only move for a more definite statement before interposing a responsive pleading.  Thus, the undersigned finds that Defendants' filing of an Answer to the

Amended Complaint prior to filing the instant motion requires the denial of the instant motion.  See *Weil Clothing Co. v. Glasser*, 213 F.2d 296, 299 (5th Cir. 1954)[1]; *Thunder Basin Coal Co. v. Tuco, Inc.*, 156 F.R.D. 665, 675 fn.12 (D. Wyo. 1994), *aff'd*, 104 F.3d 1205 (10th Cir. 1997).  To the extent that Defendants need more specific information about the claims, they can obtain such information in discovery.

Therefore, for the reasons stated above, it is hereby

**ORDERED and ADJUDGED** that Defendants' Motion For More Definite Statement (DE # 56), is **DENIED**.

**DONE AND ORDERED** in chambers, in Miami, Florida, on August 28, 2007.

*[signature]*
ANDREA M. SIMONTON
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
All counsel of record

---

[1] Opinions of the former Fifth Circuit handed down before the close of business on September 30, 1981 are binding on this Court.  See *Bonner v. City of Prichard*, 661 F.2d 1206, 1207 (11th Cir. 1981) (en banc).