UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  07-20129-CIV-HUCK/SIMONTON
<u>CONSENT CASE</u>

CARLOS BRANDT and
ORESTES LOPEZ,

    Plaintiffs,

v.
MAGNIFICENT QUALITY FLORALS
CORP. and MOISES SANCHEZ,

    Defendants.
_____/

**<u>ORDER DENYING DEFENDANTS' MOTION FOR SUMMARY
JUDGMENT AND PLAINTIFFS' MOTION FOR SANCTIONS</u>**

Presently pending before the Court are Defendants' Motion For Final Summary Judgment (DE # 62) and Plaintiffs' Motion For Sanctions (DE # 68).  These motions are both ripe (DE ## 64, 65, 66, 69, 70, 71, 72).

**I.  <u>Defendants' Motion For Final Summary Judgment is Denied</u>**

Defendants move for final summary judgment, contending that no record evidence supports Plaintiffs' damages claims and that Plaintiffs' damages claims are contrary to the competent overwhelming evidence filed in support of the summary judgment motion.  Plaintiffs respond that there are genuine issues of material fact as to whether Plaintiffs were compensated for overtime they worked and as to whether the telephone records relied upon by Defendants are accurate.

The undersigned finds that while Defendants make a strong case that Plaintiffs did not work any uncompensated overtime, Plaintiffs have provided competent evidence that they did work uncompensated overtime.  Therefore, there are material issues of fact in the case regarding, especially, the credibility of witnesses.  These issues must be decided by a finder of fact and not as a matter of law.  Therefore, Defendants' motion for

final summary judgment is denied.

## II. Plaintiffs' Motion For Sanctions is Denied

Plaintiffs move, pursuant to 28 U.S.C. § 1927, to sanction Defendants for filing what Plaintiffs allege is a frivolous motion for summary judgment made despite clear and genuine issues of material facts, which vexatiously multiplied the proceedings. Plaintiffs ask that Defendants be sanctioned by having to pay the costs incurred by Plaintiffs in responding to the summary judgment motion. Defendants respond that their motion is not frivolous.

While Defendants' motion for summary judgment was not successful, the undersigned finds that the motion was not frivolous. Therefore, Plaintiffs' motion for sanctions, made pursuant to 28 U.S.C. § 1927, is denied.

Therefore, for the reasons stated above, it is hereby

**ORDERED and ADJUDGED** that Defendants' Motion For Final Summary Judgment (DE # 62) and Plaintiffs' Motion For Sanctions (DE # 68), are **DENIED**.

**DONE AND ORDERED** in chambers, in Miami, Florida, on October 12, 2007.

*Andrea M. Simonton*
ANDREA M. SIMONTON
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
All counsel of record