UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE # 07-20129 -CIV-HUCK/SIMONTON

CARLOS B. BRANDT et al,
Plaintiffs,

vs.

MAGNIFICENT QUALITY FLORALS CORP.,
MOISES SANCHEZ
Defendants.
_____/

## JOINT PRETRIAL STIPULATION

Pursuant to Fed.R.Civ.P.26(a)(3) and S.D.Fla.L.R. 16.1.E, Plaintiffs, CARLOS B. BRANDT and ORESTES LOPEZ, and Defendants MAGNIFICENT QUALITY FLORALS CORP a Florida corporation and MOISES SANCHEZ, by and through their undersigned counsel, hereby submit their joint pretrial stipulation.

1. **SHORT CONCISE STATEMENT OF THE CASE BY EACH PARTY**

    A. **Plaintiffs' Statement of the Case**

    Plaintiffs worked in excess of forty (40) hours weekly for Defendants and, in violation of the Fair Labor Standards Act ("FLSA"), were not paid overtime in accordance with the requirements of the FLSA.

    B. **Defendants' Statement of the Case**

    **Plaintiffs never, or almost never worked more than 40 hours in any given week. Defendants have proven this via detailed business records that demonstrate the time Plaintiffs spent working. Plaintiffs have not rebutted this evidence with any evidence whatsoever and**

**have not submitted any evidentiary or factual basis on which a fact-finder could possibly determine the amount of overtime hours worked.**

2. **The Basis of Federal Jurisdiction**

This is an action to recover alleged money damages for unpaid overtime pursuant to the Fair Labor Standards Act, 29 U.S.C. § 216. Jurisdiction is stipulated to and no evidence on interstate commerce or the Defendant's annual gross income will be presented at trial.

3. **Pleadings Raising the Issues**

   A. Amended Complaint and Demand for Jury Trial, and Answer and Affirmative Defenses filed on or about July 20, 2007.

   B.

4. **A List of All Undisposed Motions or Other Matters Requiring Action by the Court**

   A. None.

5. **Concise Statement of Uncontested Facts Which Will Require No Proof at Trial**

   A. Plaintiffs were employed by Defendant MAGNIFICENT QUALITY FLORALS CORP. and MOISES SANCHEZ.

   B. MOISES SANCHEZ is an FLSA employer regarding Plaintiffs along with the Defendant Corporation.

6. **Issues of Fact Which Require Proof at Trial**

   A. Whether Plaintiffs worked more than 40 hours per week.How many overtime hours were worked.

    C.    Whether Defendants denied overtime compensation in bad faith (as to Brandt only) to justify the award of additional damages, if any. (This may be decided by the Court.)

    D.  Plaintiffs' damages, if any.

**7.    Concise Statement of Issues of Law on Which There is Agreement**

The Court has FLSA jurisdiction.

**8.    Issues of Law Remaining for Determination by the Court**

<u>**For the Plaintiffs**</u>**:**

A. Plaintiff's entitlement to damages sought.

<u>**For the Defendants**</u>**:**

**A.    Whether Plaintiffs establish at trial the hours and weeks in which overtime was worked to a sufficient certainty to overcome the business records submitted by Defendants that appear to show Plaintiffs worked no overtime or very little overtime.**

**B.    Whether, after trial, it appears that Defendants have prosecuted fabricated, or grossly overstated claims, which bad faith prosecution would justify the award of sanctions against the Plaintiffs pursuant to Rule 11 and/or 28 U.S.C. §1927.**

**9.    Trial Exhibits**

    A.    Plaintiffs' Exhibit List is attached as "Exhibit A."

    B.    Plaintiffs' List of Other Possible Exhibits is attached as "Exhibit B."

    C.    Defendants' Exhibit List is attached as "Exhibit C."

    D.    Defendants' List of Other Possible Exhibits is attached as "Exhibit D."

**10.    Trial Witnesses**

    A.    laintiffs' Trial Witness List is attached as "Exhibit E."

    B.    Plaintiffs' List of Other Possible Witnesses is attached as "Exhibit F."

    C.    Defendants' Trial Witness List is attached hereto as "Exhibit G."

    D.    Defendants' List of Other Possible Witnesses is attached as "Exhibit H."

**11.**    **Estimated Trial Time**

The parties estimated that this will be a 3-day jury trial.

**12.**    **Estimate of Attorneys' Fees**

    A.    Plaintiffs' attorney's fees are estimated at $40,000-$50,000 through trial.

    B.    Defendants estimate that their attorney's fees will be$30, – 40,000 through trial.

Date: _____

J.H. ZIDELL, P.A.
Counsel for Plaintiff
300 71st Street, Suite 605
Miami Beach, Florida 33141
Telephone (305) 865-6766
Facsimile (305) 865-7167
E-mail: zabogado@aol.com

By: _____
    JAMIE H. ZIDELL, ESQ.
    Fla. Bar No. 0010121

Date: _____

JEFFREY A NORKIN, PA
Counsel for Defendants
8751 W Broward Blvd Ste 307
Plantation, Florida 333242632
Telephone 954.3708240
Facsimile 954.3373765
E-mail: jeff@norkinlaw.com

By: _____
    Jeffrey A Norkin, ESQ.
    Fl. Bar No. 969966