**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
**CASE # 07-20129 -CIV-HUCK/SIMONTON**

CARLOS B. BRANDT et al.,
Plaintiff,

vs.

MAGNIFICENT QUALITY FLORALS CORP.,
MOISES SANCHEZ
DefendantS.
_____/

**PLAINTIFFS' RESPONSE IN OPPOSITION**
**TO DEFENDANTS' MOTION TO BE RELIEVED OF WAIVER**
**OF RIGHT TO OBJECT TO PLAINTIFFS' EVIDENCE**

COME NOW the Plaintiffs, pursuant to the Federal Rules of Civil Procedure and file the above-described Response as follows:

**INTRODUCTION**

1.   This Fair Labor Standards Act matter is special set for trial on 2/25/08.

2.   Shortly before trial, on 2/19/08, the defense filed the above-captioned motion.

**MEMORANDUM OF LAW AND ARGUMENT**

At the Pre-trial Conference on or about November 2007, the defense was made aware (or should have been aware) of the need to timely resolve issues involving the pre-trial stipulation and witness/exhibit lists. Defendants are now in violation of the November court order in that they have failed to file their objections to Plaintiffs' Exhibits in accord with the local rules.

The Court should note that Plaintiffs had to file a separate Notice of Objections because the Defendants did not give Plaintiffs an opportunity to add their objections to Defendants Exhibits before Defendants e-filed same (a Word draft was not provided to Plaintiffs upon

request). Plaintiffs' separate and additional filing of said Notice of Objections should have further put the defense on notice of their need to timely file objections.

Defendants are in violation of Southern District Local Rule 16.1(E)(9) in failing to file their objections, and they have already filed the pre-trial stipulation.

At this present time shortly before trial, the defense now attempts to object to exhibits Plaintiffs assumed there were no objections to. Such has prejudiced Plaintiffs' preparation of their case as they had a right to rely on the fact that no objections were made. Now, at the last minute, Plaintiffs are belatedly apprised shortly before trial that their exhibits will be challenged.

## CONCLUSION AND PRAYER

WHEREFORE, THE PLAINTIFFS ASK THIS HONORABLE COURT TO DENY DEFENDANTS' MOTION IN ITS ENTIRETY.

Respectfully submitted,

K. DAVID KELLY, ESQ.
J.H. ZIDELL, P.A.
ATTORNEY FOR PLAINTIFF
300 71ST STREET, #605
MIAMI BEACH, FLA. 33141
PH: 305-865-6766
FAX: 305-865-7167
EMAIL: KRL_KELLY@YAHOO.COM
F.B.N. 0123870
BY:_____/s/ K. David Kelly_____
K. DAVID KELLY, ESQ.

CERTIFICATE OF SERVICE:
I HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF THE FOREGOING
WAS SENT SUBSEQUENT TO E-FILING TO:
JEFFREY A. NORKIN, ESQ.
8751 W. BROWARD BLVD., STE. 307
PLANTATION, FL 33324
FAX: 954-337-3765
BY:__ /S/ K. DAVID KELLY _____
K. DAVID KELLY, ESQ.