UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-20129-CIV-HUCK/SIMONTON

CARLOS BRANDT and
ORESTES LOPEZ,

    Plaintiffs,

v.

MAGNIFICENT QUALITY FLORALS
CORP. and MOISES SANCHEZ,

    Defendants.
_____/

### ORDER SETTING BRIEFING SCHEDULE REGARDING LIQUIDATED DAMAGES

This matter is before the Court *sua sponte*. The jury has returned a verdict awarding damages to Plaintiff Carlos Brandt. As stated at the pretrial conference, if the jury finds liability as to either party, the Court must determine whether liquidated damages should be awarded, based upon a determination of whether Defendants can prove that they acted in good faith and under the reasonable belief that they were in compliance with the FLSA. *See Rodriguez v. Farm Store Grocery, Inc.*, 2008 WL 215817 at *11-*14, Case Nos. 06-13186, 06-13303 (11th Cir. Jan. 28, 2008). Following a determination of liquidated damages, the Court will enter a Final Judgment in this case.

Therefore, if Plaintiff Brandt seeks liquidated damages, on or before March 14, 2008, Plaintiff Brandt shall file a Motion for determination of liquidated damages. Defendants may respond within ten days after service of the Motion.

**DONE AND ORDERED** in chambers in Miami, Florida on March 4, 2008.

*Andrea M. Simonton*
ANDREA M. SIMONTON
UNITED STATES MAGISTRATE JUDGE

Copies furnished to: All counsel of record via CM/ECF