**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE №.: O7-20129-CIV-HUCK
MAGISTRATE JUDGE: SIMONTON

CARLOS B. BRANDT,

    Plaintiff,

    v.

MAGNIFICENT QUALITY
FLORALS, CORP. and MOISES
SANCHEZ,

    Defendants.
_____/

## DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION TO STRIKE DEFENDANTS' MOTION FOR SANCTIONS (DE 120)

Defendants, MAGNIFICENT QUALITY FLORALS, CORP. and MOISES SANCHEZ, move the Court to deny Plaintiffs' Motion to Strike defendants' motion for sanctions, and states the following.

1.    This matter went to trial on February 25, 2008. The jury trial lasted five days. Plaintiff, Brandt, obtained a verdict for damages of approximately $600.00 and Defendants prevailed against Plaintiff, Lopez.

2.    On March 17, 2008, (DE 117), Defendants' filed a motion for sanctions and contempt pursuant to several legal theories. On this date, April 8, 2008, Defendants filed a similar motion based on Rule 11, having observed that Rule's notice provisions.

3.    On March 24, 2008, Plaintiffs moved the court to strike the motion on the ground that the Court had denied similar motions made *ore tenus* during trial. The Motion to Strike

should be denied and the Court should direct Plaintiffs to answer the original motion for sanctions in one week.

4. The Court's rulings on the motions made during trial are irrelevant to the consideration of the current motion. First, in between the making of those oral motions and the current motions, there was a change of circumstances: the jury returned its verdict.

5. Second, the motions made in court were nowhere near complete in their presentation of legal or factual argument. The written motions, while rushed due to undersigned's overwhelming trial schedule, are far more complete, contain substantial legal argument, and are based on facts that were not submitted during trial.

6. Third, the Court's rulings during trial were not "With prejudice." Thus, they are not binding on any subsequent motions.

7. In sum, the motions for sanctions and contempt filed, DE 117 and DE 124, are not the same motions substantively as those made during the heat of trial with no time to prepare. The Motion to Strike is without merit and should be denied.

WHEREFORE, the Motion to Strike the Motion for Sanctions should be denied. And, the Court should advise in advance that DE 124 is also not barred by its denial of the oral arguments for sanctions made at trial.

RESPECTFULLY SUBMITTED this 8th day of April, 2007.

JEFFREY A. NORKIN, P.A.
Attorney for Defendants
2901 NW 126th Ave., #209
Sunrise, FL 33323
954-835-1220
954-835-1225 - fax
Fl. Bar No. 0969966
jeff@norkinlaw.com


By: /s/ Jeffrey A. Norkin, Esq.
    Jeffrey A. Norkin, Esq.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed and served via electronic filing on April 8, 2008 to: Jamie H. Zidell, Esq., 300 71st Street, Suite 605 Miami Beach, FL 33141.

By: /s/ Jeffrey A. Norkin, Esq.
Jeffrey A. Norkin, Esq.