UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 07-20129-CIV-HUCK/SIMONTON
<u>CONSENT CASE</u>

CARLOS BRANDT and
ORESTES LOPEZ

    Plaintiffs,

v.

MAGNIFICENT QUALITY FLORALS CORP.
and MOISES SANCHEZ,

    Defendants.
_____/

<u>FINAL JUDGMENT</u>

Based upon the Verdicts rendered by the Jury on February 29, 2008, in favor of the Defendants and against Plaintiff ORESTES LOPEZ; and in favor of Plaintiff CARLOS BRANDT and against the Defendants, which awarded actual damages in the amount of $604.26, as well as this Court's Order Granting Plaintiff Carlos Brandt's Motion for Award of Liquidated Damages in an amount equal to actual damages, the Court hereby enters Final Judgment in favor of the Defendants MAGNIFICENT QUALITY FLORALS CORP. and MOISES SANCHEZ against Plaintiff ORESTES LOPEZ; and in favor of Plaintiff CARLOS BRANDT against the Defendants MAGNIFICENT QUALITY FLORALS CORP. and MOISES SANCHEZ, jointly and severally, in the total amount of $1,208.52, for which execution shall issue.

**DONE AND ORDERED** in Miami, Florida, on March 31, 2009.

*Andrea M. Simonton*
_____
ANDREA M. SIMONTON
UNITED STATES MAGISTRATE JUDGE

**Copies furnished to all counsel of record via CM/ECF**