*Original sent via mail.*

# UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE №.: 07-20129-CIV-HUCK
MAGISTRATE JUDGE: SIMONTON

CARLOS B. BRANDT,
ORESTES LOPEZ,

    Plaintiffs,

v.

MAGNIFICENT QUALITY FLORALS, CORP. and MOISES SANCHEZ,

    Defendants.
_____/

## OFFER OF JUDGMENT

Defendants, MAGNIFICENT QUALITY FLORALS, CORP. and MOISES SANCHEZ (collectively referred to as "Defendants"), hereby make this Offer of Judgment (the "Offer") to Plaintiff, CARLOS BRANDT. This Offer is made pursuant to Fed. R. Civ. P. 68.

Defendants, jointly and severally, hereby offer in settlement to Plaintiff, Brandt, the total amount of One Thousand Dollars ($1,000.00). This Offer does not have non-monetary terms.

This Offer, if accepted, shall resolve all of the claims asserted in the Complaint by CARLOS BRANDT against Defendants, MAGNIFICENT QUALITY FLORALS, CORP. and MOISES SANCHEZ with the exception of Plaintiff's claims for attorney's fees and costs, for which this Court would, if the offer is accepted, retain jurisdiction to award Plaintiff reasonable attorney's fees and costs, if any. Defendants shall dispute

Brandt's entitlement to any award of attorney's fee and costs based on a showing that this lawsuit was filed in bad faith and without foundation in fact or foundation.

The original and a faxed copy of this Offer are being provided to Plaintiff, but not filed pursuant to the Rule.

This Offer shall be deemed rejected unless accepted by delivery of a written notice of acceptance within ten (10) days after service of this Offer. If said Offer is accepted, Defendants will deliver a check in the above sum to counsel for Plaintiff within three days of said acceptance.

If the judgment finally obtained by the offeree is not more favorable than the offer, the offerors will seek to recover the costs and attorneys' fees they incur after the date of the making of the offer, April 18, 2007. This offer is submitted solely in an effort to cause Plaintiff and his counsel to terminate this litigation. Defendants affirmatively state and assert that Plaintiff is entitled to no relief whatsoever in this lawsuit; that Plaintiff at no time worked more than 40 hours in any week while employed by the Defendants. Should this offer not be accepted, it will be submitted as further evidence that Defendants wish only to end this litigation, and the unnecessary, unjustified expense that this lawsuit is causing them to incur.

RESPECTFULLY SUBMITTED this 18th day of April, 2007.

        JEFFREY A. NORKIN, P.A.
        Attorney for Defendants
        8751 W Broward Blvd., Suite 307
        Plantation, FL. 33324
        (954) 370-8240
        (954) 337-3765 – fax
        Fl. Bar No. 0969966
        *jeff@norkinlaw.com

By: _____
    Jeffrey A. Norkin, Esq.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via fax and U.S. Certified Mail on April 18, 2007 to: Jamie H. Zidell, Esq., 300 71st Street, Suite 605, Miami Beach, FL 33141.

By: _____
    Jeffrey A. Norkin, Esq.

03/07/2008  17:49    9548351225                    JEFFREY NORKIN                       PAGE  03
Case 1:07-cv-20129-AMS   Document 137-1   Entered on FLSD Docket 04/10/2009   Page 3 of 8

3

*Original sent via cert. mail*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE №.: 07-20129-CIV-HUCK
MAGISTRATE JUDGE: SIMONTON

CARLOS B. BRANDT,
ORESTES LOPEZ,

    Plaintiffs,

v.

MAGNIFICENT QUALITY FLORALS, CORP. and MOISES SANCHEZ,

    Defendants.
_____/

### OFFER OF JUDGMENT

Defendants, MAGNIFICENT QUALITY FLORALS, CORP. and MOISES SANCHEZ (collectively referred to as "Defendants"), hereby make this Offer of Judgment (the "Offer") to Plaintiff, ORESTES LOPEZ. This Offer is made pursuant to Fed. R. Civ. P. 68.

Defendants, jointly and severally, hereby offer in settlement to Plaintiff, Lopez, the total amount of Five Hundred Dollars ($500.00). This Offer does not have non-monetary terms.

This Offer, if accepted, shall resolve all of the claims asserted in the Complaint by ORESTES LOPEZ against Defendants, MAGNIFICENT QUALITY FLORALS, CORP. and MOISES SANCHEZ with the exception of Plaintiff's claims for attorney's fees and costs, for which this Court would, if the offer is accepted, retain jurisdiction to award Plaintiff reasonable attorney's fees and costs, if any. Defendants shall dispute Lopez's

entitlement to any award of attorney's fee and costs based on a showing that this lawsuit was filed in bad faith and without foundation in fact or foundation.

The original and a faxed copy of this Offer are being provided to Plaintiff, but not filed pursuant to the Rule.

This Offer shall be deemed rejected unless accepted by delivery of a written notice of acceptance within ten (10) days after service of this Offer. If said Offer is accepted, Defendants will deliver a check in the above sum to counsel for Plaintiff within three days of said acceptance.

If the judgment finally obtained by the offeree is not more favorable than the offer, the offerors will seek to recover the costs and attorneys' fees they incur after the date of the making of the offer, April 18, 2007. This offer is submitted solely in an effort to cause Plaintiff and his counsel to terminate this litigation. Defendants affirmatively state and assert that Plaintiff is entitled to no relief whatsoever in this lawsuit; that Plaintiff at no time worked more than 40 hours in any week while employed by the Defendants. Should this offer not be accepted. it will be submitted as further evidence that Defendants wish only to end this litigation, and the unnecessary, unjustified expense that this lawsuit is causing them to incur.

RESPECTFULLY SUBMITTED this 18th day of April, 2007.

JEFFREY A. NORKIN, P.A.
Attorney for Defendants
8751 W Broward Blvd., Suite 307
Plantation, FL. 33324
(954) 370-8240
(954) 337-3765 – fax
Fl. Bar No. 0969966
*jeff@norkinlaw.com

By: _____
Jeffrey A. Norkin, Esq.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via fax and U.S. Certified Mail on April 18, 2007 to: Jamie H. Zidell, Esq., 300 71st Street, Suite 605, Miami Beach, FL 33141.

By: _____
Jeffrey A. Norkin, Esq.

3

LAW OFFICE OF
# JEFFREY A. NORKIN, P.A.

8751 WEST BROWARD BOULEVARD, SUITE 307
PLANTATION, FLORIDA 33324

## FAX COVER SHEET

April 18, 2007

To:   Jaime Zidell, Esq.
      David Kelly, Esq.

Fax no.: 305-865-7167

From: Jeffrey A. Norkin, Esq.
Telephone: (954) 370-8240
Facsimile: (954) 337-3765 – PLEASE NOTE NEW FAX NUMBER!!

Pages (incl. cover): 7

Re: Brandt and Lopez v. Magnificent Quality Florals and Moises Sanchez.
    **OFFERS OF JUDGMENT.**

Messrs. Zidell and Kelly,

Following, please find my clients' offers of judgment to your clients in this matter. Mr. Brandt is offered $1,000.00 and Mr. Lopez is offered $500.00. My client unequivocally asserts that these employees did not work more than 40 hours in any week of employment and the documentary evidence seems to support that position very well. Again, I urge you to consider the merits of this case. I will not hesitate to file a motion for Rule 11 sanctions at its conclusion to recover my clients' fees from your firm. You have been fully noticed that the documentary evidence in this case does not support your clients' allegations.

Sincerely,

Jeffrey Norkin

```
* * * Transmission Result Report(MemoryTX) ( Apr.18, 2007  1:18PM ) * * *
                                                                 9543708953
                                                                                  Page
File                                                                              Not Sent
No. Mode         Destination                        Pg(s)        Result
----------------------------------------------------------------------------------
7716 Memory TX   13058657167                        P.  7        OK


Reason for error
   E.1) Hang up or line fail              E.2) Busy
   E.3) No answer                         E.4) No facsimile connection
```

## LAW OFFICE OF
## JEFFREY A. NORKIN, P.A.
8751 WEST BROWARD BOULEVARD, SUITE 307
PLANTATION, FLORIDA 33324

### FAX COVER SHEET

April 18, 2007

To:   Jaime Zidell, Esq.
      David Kelly, Esq.

Fax no.: 305-865-7167

From: Jeffrey A. Norkin, Esq.
Telephone: (954) 370-8240
Facsimile: (954) 337-3765 — PLEASE NOTE NEW FAX NUMBER!!

Pages (incl. cover): 7

Re:  Brandt and Lopez v. Magnificent Quality Florals and Moises Sanchez.
     **OFFERS OF JUDGMENT.**

Messrs. Zidell and Kelly,

Following, please find my clients' offers of judgment to your clients in this matter. Mr. Brandt is offered $1,000.00 and Mr. Lopez is offered $500.00. My client unequivocally asserts that these employees did not work more than 40 hours in any week of employment and the documentary evidence seems to support that position very well. Again, I urge you to consider the merits of this case. I will not hesitate to file a motion for Rule 11 sanctions at its conclusion to recover my clients' fees from your firm. You have been fully noticed that the documentary evidence in this case does not support your clients' allegations.

Sincerely,

Jeffrey Norkin