UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE №.: 07-20129-CIV-HUCK
MAGISTRATE JUDGE: SIMONTON

CARLOS B. BRANDT,
ORESTES LOPEZ,

    Plaintiffs,

v.

MAGNIFICENT QUALITY
FLORALS, CORP. and MOISES
SANCHEZ,

    Defendants.
_____/

**OFFER OF JUDGMENT**

Defendants, MAGNIFICENT QUALITY FLORALS, CORP. and MOISES SANCHEZ (collectively referred to as "Defendants"), hereby make this Offer of Judgment (the "Offer") to Plaintiff, CARLOS BRANDT. This Offer is made pursuant to Fed. R. Civ. P. 68.

Defendants, jointly and severally, hereby offer in settlement to Plaintiff, Brandt, the total amount of Eight Thousand Dollars ($8,000.00). This Offer does not have non-monetary terms.

This Offer, if accepted, shall resolve all of the claims asserted in the Complaint by CARLOS BRANDT against Defendants, MAGNIFICENT QUALITY FLORALS, CORP. and MOISES SANCHEZ including Plaintiff's claims for attorney's fees and costs. Should this offer not be accepted, Defendants shall at the conclusion of the case,

Brandt's entitlement to any award of attorney's fee and costs based on a showing that this lawsuit was filed in bad faith and without foundation in fact or foundation.

The original and a faxed copy of this Offer are being provided to Plaintiff, but not filed pursuant to the Rule.

This Offer shall be deemed rejected unless accepted by delivery of a written notice of acceptance within ten (10) days after service of this Offer. If said Offer is accepted, Defendants will deliver a check in the above sum to counsel for Plaintiff within three days of said acceptance.

If the judgment finally obtained by the offeree is not more favorable than the offer, the offerors will seek to recover the costs and attorneys' fees they incur after the date of the making of the offer. This offer is submitted solely in an effort to cause Plaintiff and his counsel to terminate this litigation. Defendants affirmatively state and assert that Plaintiff is entitled to no relief whatsoever in this lawsuit; that Plaintiff at no time worked more than 40 hours in any week while employed by the Defendants. Should this offer not be accepted. it will be submitted as further evidence that Defendants wish only to end this litigation, and the unnecessary, unjustified expense that this lawsuit is causing them to incur.

2

RESPECTFULLY SUBMITTED this 31st day of May, 2007.

        JEFFREY A. NORKIN, P.A.
        Attorney for Defendants
        8751 W Broward Blvd., Suite 307
        Plantation, FL. 33324
        (954) 370-8240
        (954) 337-3765 – fax
        Fl. Bar No. 0969966
        *jeff@norkinlaw.com

By: _____
    Jeffrey A. Norkin, Esq.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was faxed and mailed on June 5, 2007 to: Jamie H. Zidell, Esq., 300 71st Street, Suite 605, Miami Beach, FL 33141.

By: _____
    Jeffrey A. Norkin, Esq.

3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE №.: 07-20129-CIV-HUCK
MAGISTRATE JUDGE: SIMONTON

CARLOS B. BRANDT,
ORESTES LOPEZ,

    Plaintiffs,

v.

MAGNIFICENT QUALITY FLORALS, CORP. and MOISES SANCHEZ,

    Defendants.
_____/

### OFFER OF JUDGMENT

Defendants, MAGNIFICENT QUALITY FLORALS, CORP. and MOISES SANCHEZ (collectively referred to as "Defendants"), hereby make this Offer of Judgment (the "Offer") to Plaintiff, ORESTES LOPEZ. This Offer is made pursuant to Fed. R. Civ. P. 68.

Defendants, jointly and severally, hereby offer in settlement to Plaintiff, Lopez, the total amount of Two Thousand Dollars ($2,000.00). This Offer does not have non-monetary terms.

This Offer, if accepted, shall resolve all of the claims asserted in the Complaint by ORESTES LOPEZ against Defendants, MAGNIFICENT QUALITY FLORALS, CORP. and MOISES SANCHEZ including Plaintiff's claims for attorney's fees and costs. Defendants shall dispute Lopez's entitlement to any award of attorney's fee and costs

based on a showing that this lawsuit was filed in bad faith and without foundation in fact or foundation.

The original copy of this Offer is being hand delivered to Plaintiff, but not filed pursuant to the Rule.

This Offer shall be deemed rejected unless accepted by delivery of a written notice of acceptance within ten (10) days after service of this Offer. If said Offer is accepted, Defendants will deliver a check in the above sum to counsel for Plaintiff within three days of said acceptance.

If the judgment finally obtained by the offeree is not more favorable than the offer, the offerors will seek to recover the costs and attorneys' fees they incur after the date of the making of the offer. This offer is submitted solely in an effort to cause Plaintiff and his counsel to terminate this litigation. Defendants affirmatively state and assert that Plaintiff is entitled to no relief whatsoever in this lawsuit; that Plaintiff at no time worked more than 40 hours in any week while employed by the Defendants. Should this offer not be accepted. it will be submitted as further evidence that Defendants wish only to end this litigation, and the unnecessary, unjustified expense that this lawsuit is causing them to incur.

RESPECTFULLY SUBMITTED this 5th day of June, 2007.

> JEFFREY A. NORKIN, P.A.
> Attorney for Defendants
> 8751 W Broward Blvd., Suite 307
> Plantation, FL. 33324
> (954) 370-8240
> (954) 337-3765 – fax
> Fl. Bar No. 0969966
> jeff@norkinlaw.com
>
> By: _____
> Jeffrey A. Norkin, Esq.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was faxed and mailed on June 5, 2007 to: Jamie H. Zidell, Esq., 300 71st Street, Suite 605, Miami Beach, FL 33141.

> By: _____
> Jeffrey A. Norkin, Esq.

3

LAW OFFICE OF
# JEFFREY A. NORKIN, P.A.

8751 WEST BROWARD BOULEVARD, SUITE 307
PLANTATION, FLORIDA 33324

## FAX COVER SHEET

June 5, 2007

To:    Jaime Zidell, Esq.
        David Kelly, Esq.

Fax no.: 305-865-7167

From: Jeffrey A. Norkin, Esq.
Telephone: (954) 370-8240
Facsimile: (954) 337-3765

Pages (incl. cover): 7

Re: Brandt and Lopez v. Magnificent Quality Florals and Moises Sanchez.
     Offers of judgment; 2nd to Brandt, first to Lopez.

Mr. Zidell and Mr. Kelly,

Please be assured that at the conclusion of this case I will seek sanctions against both of you individually and against your firm. I am of the strong belief that you are bringing a meritless, fraudulent lawsuit and I believe that you strongly suspect that you are. I acknowledge that one cannot *know for a fact* that what your clients are alleging is false, but the evidence very strongly indicates that and you have absolutely no evidence to support their testimony.

The enclosed offers result from the way the law is drafted, which is unfortunate. They have nothing to do with any belief on our part that there is the slightest chance we will not prevail in this case. I believe that accepting these offers is the only responsible, competent action for you to take.

I hope you act on the views I've expressed although I hold little hope that will happen.

Sincerely,

Jeffrey Norkin

P. 1

\* \* \* Transmission Result Report (MemoryTX) ( Jun. 5. 2007 1:32PM ) \* \* \*

9543708953

| File No. | Mode | Destination | Pg(s) | Result | Page Not Sent |
|---|---|---|---|---|---|
| 7829 | Memory TX | 13058657167 | P. 7 | OK | |

Reason for error
 E.1) Hang up or line fail            E.2) Busy
 E.3) No answer                        E.4) No facsimile connection

---

LAW OFFICE OF
## JEFFREY A. NORKIN, P.A.
6751 WEST SROWARD BOULEVARD, SUITE 307
PLANTATION, FLORIDA 33324

### FAX COVER SHEET

June 5, 2007

To: Jaime Zidell, Esq.
    David Kelly, Esq.

Fax no.: 305-865-7167

From: Jeffrey A. Norkin, Esq.
Telephone: (954) 370-8240
Facsimile: (954) 337-3765

Pages (incl. cover): 7

Re: Brandt and Lopez v. Magnificent Quality Florals and Moises Sanchez.
    Offers of judgment; 2nd to Brandt, first to Lopez.

Mr. Zidell and Mr. Kelly,

Please be assured that at the conclusion of this case I will seek sanctions against both of you individually and against your firm. I am of the strong belief that you are bringing a meritless, fraudulent lawsuit and I believe that you strongly suspect that you are. I acknowledge that one cannot *know for a fact* that what your clients are alleging is false, but the evidence very strongly indicates that and you have absolutely no evidence to support their testimony.

The enclosed offers result from the way the law is drafted, which is unfortunate. They have nothing to do with any belief on our part that there is the slightest chance we will not prevail in this case. I believe that accepting these offers is the only responsible, competent action for you to take.

I hope you act on the views I've expressed although I hold little hope that will happen.

Sincerely,
Jeffrey Norkin