UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE # 07-20129 -CIV-HUCK/SIMONTON

CONSENT CASE

CARLOS B. BRANDT et al,
Plaintiffs,

vs.

MAGNIFICENT QUALITY FLORALS CORP.,
MOISES SANCHEZ
Defendants.
_____/

PLAINTIFFS' RESPONSE IN OPPOSITION TO
DEFENDANTS' MOTION FOR RECONSIDERATION

COME NOW THE PLAINTIFFS and COUNSEL regarding Defendants' Motion filed on or about 4/10/09 which should be denied as follows.

MEMORANDUM OF LAW

In this Circuit, a motion *for reconsideration* may be granted upon the showing of one of three grounds: namely, "(1) an intervening change in controlling law; (2) the availability of new evidence; and (3) the need to correct clear error or manifest injustice." *Lewis v. Michaels Stores, Inc.*, 2007 U.S. Dist. LEXIS 82700 (M.D. Fla. Nov. 7, 2007). **Citations omitted.**

This Court has already denied Defendants' Motions and Defendants have shown no change in the law or new evidence.  Defendants simply attempt another bite at the apple to re-argue their Motions.  As such, Plaintiffs rely on their previous arguments already made which culminated into the Court's denial of Defendants' Motions.

As to the third prong cited above, during summary judgment proceedings Plaintiffs presented sufficient evidence to at least raise a genuine issue of material fact and Plaintiff Brandt

obtained a small jury award and was therefore the prevailing party.  Defendants have shown no error in the Court's previous rulings.  This Court has already addressed the issues at bar and found no sanctionable or otherwise bad faith conduct by Plaintiffs and counsel.

WHEREFORE, THE DEFENDANTS' MOTION SHOULD BE DENIED.

**Respectfully submitted,**

K. DAVID KELLY, ESQ.
J.H. ZIDELL, P.A.
ATTORNEY FOR PLAINTIFF
300 71ST STREET, #605
MIAMI BEACH, FLA. 33141
PH: 305-865-6766
FAX: 305-865-7167
EMAIL: KRL_KELLY@YAHOO.COM
F.B.N. 0123870
BY:____/s/ K. David Kelly_____
K. DAVID KELLY, ESQ.

CERTIFICATE OF SERVICE:
I HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF THE FOREGOING
WAS SENT SUBSEQUENT TO E-FILING:

JEFFREY A. NORKIN, ESQ.
8751 W. BROWARD BLVD., STE. 307
PLANTATION, FL 33324
FAX: 954-337-3765

BY:_____/s/ K. David Kelly_____
K. DAVID KELLY, ESQ.