UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE # 07-20129 -CIV-SIMONTON

CARLOS B. BRANDT AND ORESTES LOPEZ,
    Plaintiffs,

vs.

MAGNIFICENT QUALITY FLORALS CORP.,
MOISES SANCHEZ
    Defendants.
_____/

## PLAINTIFF'S MEMORANDUM ON COMPENSABILITY OF APPELLATE ATTORNEY'S FEES

COMES NOW THE PLAINTIFF, THROUGH COUNSEL, AND STATES:

1. Mr. Norkin, through his pleadings, has raised the argument that Appellate Fees should not be compensable for defending the cross appeal in this matter because, he argues, a timely motion for appellate fees was not filed with the Appellate Court. Although he cites no Rule to support this part of his argument, 11th Cir. R. 39-2 clearly states that "Except as otherwise provided herein or by statute or *court order*" (emphasis added), an application for fees must be filed within a time certain in the Appellate Court.

2. In this case, DE #163 is the "court order" which allows the District Court to consider the outcome of this case and the fee request (trial and appellate), post appeal, in order to determine a reasonable amount of fees and costs for Plaintiff Brandt. The order states, "Thus, the Eleventh Circuit's resolution of the [appeal] will affect the outcome of the Plaintiff's motion for attorney's fees. In reliance on

1

this order, Plaintiff's appellate fees are requested in conjunction with the trial fees in the pending motion for fees and costs.

WHEREFORE, THE PLAINTIFF FILES HIS MEMORANDUM FOR APPELLATE ATTORNEY'S FEES.

/s/   JH Zidell_____
J.H. ZIDELL, ESQ.
J. H. ZIDELL, P.A.
F.B.N. 0010121
ATTORNEY FOR PLAINTIFFS
300-71ST STREET, SUITE 605
MIAMI BEACH, FLORIDA 33141
305-865-6766

I hereby certify that a true copy of the foregoing was filed on 10/13/10 using the CMECF system and that Jeffrey Norkin, Esq. is listed as a recipient.

X:___J.H. ZIDELL, ESQ._____